UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 5:24-cr-65-TPB-PRL
    21 U.S.C. § 841(a)(1)
JESSIE WOODEN   18 U.S.C. § 1791(a)(2)
JANAI CHANEL STEPHENS   18 U.S.C. § 1791(a)(1)
    18 U.S.C. § 1001

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about March 10, 2024, in the Middle District of Florida, the defendant,

**JESSIE WOODEN,**

did knowingly and intentionally distribute and possess with intent to distribute a controlled substance. The violation involved 50 grams or more of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii).

### COUNT TWO

On or about March 10, 2024, in the Middle District of Florida, the defendant,

**JESSIE WOODEN,**

being an inmate of a prison, namely Coleman Federal Correctional Complex, knowingly possessed a prohibited object, namely, methamphetamine (a Schedule II controlled substance), marijuana (a Schedule I controlled substance),

tetrahydrocannabinol (a Schedule I controlled substance), and buprenorphine (a Schedule III controlled substance).

In violation of 18 U.S.C. §§ 1791(a)(2), (b)(1), and (b)(3).

## COUNT THREE

On or about March 10, 2024, in the Middle District of Florida, the defendant,

### JANAI CHANEL STEPHENS,

in a matter within the jurisdiction of the executive branch of the Government of the United States, did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation to a Federal Bureau of Prisons Corrections Officer, G.T., that she did not have any tobacco products in her possession upon entering the Coleman Federal Correctional Complex, knowing such statement and representation to be false, fictitious and fraudulent.

In violation of 18 U.S.C. § 1001.

## COUNT FOUR

On or about March 10, 2024, in the Middle District of Florida, the defendant,

### JANAI CHANEL STEPHENS,

in violation of a statute, rule, and order issued under a statute, knowingly provided and attempted to provide a prohibited object that threatens the order, discipline, or security of a prison, or the life, health, or safety of an individual, namely, tobacco cigarettes, to an inmate, Jessie Wooden, of the Coleman Federal Correctional Complex.

In violation of 18 U.S.C. §§ 1791(a)(1) and (b)(5).

## FORFEITURE

1.  The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. § 853.

2.  Upon conviction of a violation of 21 U.S.C. § 841(a)(1), the defendant shall forfeit to the United States, pursuant to 21 U.S.C. §§ 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3.  If any of the property described above, as a result of any acts or omissions of the defendant:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third party;

    c.  has been placed beyond the jurisdiction of the Court;

    d.  has been substantially diminished in value; or

    e.  has been commingled with other property, which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL,

███████████
Foreperson

ROGER B. HANDBERG
United States Attorney

By: *Hannah Nowalk*
Hannah J. Nowalk
Assistant United States Attorney

By: *[signature]*
Robert E. Bodnar, Jr.
Assistant United States Attorney
Chief, Ocala Division

4

FORM OBD-34
May 24

No. 5:24-cr-

UNITED STATES DISTRICT COURT
Middle District of Florida
Ocala Division

THE UNITED STATES OF AMERICA

vs.

JESSIE WOODEN
JANAI CHANEL STEPHENS

INDICTMENT

Violations: 21 U.S.C. § 841(a)(1)
18 U.S.C. § 1791(a)(2)
18 U.S.C. § 1001
18 U.S.C. § 1791(a)(1)

A true bill,

███████████████████

Foreperson

Filed in open court this 28th day

of May 2024.

_____ /s/ M. Taylor _____
Clerk

Bail $_____

GPO 863 525